FILED'10 FEB 12 08:06 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MIKE MILLER,

      Plaintiff,

v.

AQUA GLASS, INC.,

      Defendant.

Civ. No. 07-3088-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles de novo. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter de novo review. I find no error in the Report and Recommendation.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#52) is adopted. Defendant's motion for partial judgment on the pleadings (#46) is DENIED.

IT IS SO ORDERED.

DATED this __11__ day of February, 2010.

*[signature]*
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER